IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEVARIEN Z. DUNLAP                                            PETITIONER

v.                            No. 3:25-cv-209-DPM

CRAIGHEAD COUNTY                                              RESPONDENT

ORDER

Unopposed recommendation, *Doc. 4*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Dunlap's § 2254 petition will be dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 December 2025