IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEVARIEN Z. DUNLAP                                              PETITIONER

v.                          No. 3:25-cv-209-DPM

CRAIGHEAD COUNTY                                               RESPONDENT

## JUDGMENT

Dunlap's § 2254 petition, *Doc. 2*, is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 December 2025